UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
FOLEY SQUARE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE, subscriber assigned IP address 74.71.27.229, <br><br> Defendant. | Civil Action No. 1:21-cv-02463-VM |

**PLAINTIFF'S NOTICE OF SETTLEMENT**
**WITH DEFENDANT JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), has settled this matter with Defendant, John Doe, subscriber assigned IP address 74.71.27.229 ("Defendant") through his counsel, Jeffrey Antonelli, Esq.  Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss this action with prejudice.

Dated:  June 17, 2021              Respectfully submitted,

                          By:    /s/ *Jacqueline M. James*
                                 Jacqueline M. James, Esq. (CT29991)
                                 The James Law Firm, PLLC
                                 445 Hamilton Avenue
                                 Suite 1102
                                 White Plains, New York 10601
                                 T: 914-358-6423
                                 F: 914-358-6424
                                 E-mail: jjames@jacquelinejameslaw.com
                                 *Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jacqueline M. James*<br>Jacqueline M. James